# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ALLSTATE INDEMNITY COMPANY, A/S/O RICKY ANDERSON, | § § § | |
| *Plaintiff*, | § § | Civil Action No.  4:26-cv-163 |
| v. | § § | |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., | § § § § | |
| *Defendants*. | § § | |

**DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Samsung Electronics America, Inc. ("SEA") discloses that is a wholly-owned subsidiary of Samsung Electronics Co., Ltd., a publicly held Korean company with no parent corporation. No other publicly held company owns 10% or more of the stock of SEA.

|  |  |
|---|---|
| Dated: February 13, 2026 | Respectfully submitted,<br><br>**GREENBERG TRAURIG, LLP**<br><br>*/s/ Christopher S. Dodrill*<br>Christopher S. Dodrill (Lead Counsel)<br>State Bar No. 24079906<br>Christopher.Dodrill@gtlaw.com<br>Kiya Mellon<br>State Bar No. 24144385<br>Kiya.Mellon@gtlaw.com<br>Greenberg Traurig LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75202<br>Telephone: (214) 665-3600<br>Facsimile: (214) 665-3601<br><br>**ATTORNEYS FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.** |

## CERTIFICATE OF SERVICE

This is to certify that on February 13, 2026, a true and correct copy of the above and foregoing was served on all counsel of record via email and certified U.S. mail at the following address:

Paul Vigushin
2201 N. Central Expy., Ste. 115
paul@pv-law.com

                                                          */s/ Christopher S. Dodrill*
                                                          Christopher S. Dodrill